FILED

2012 Jun-14  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **GARY CROCKETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 5:11-cv-1657-CLS** |
| | ) | |
| **MAXIMUS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This case is before the court on the second report and recommendation of the Magistrate Judge, recommending that the case be dismissed as frivolous, and for want of prosecution.[1]  No objections were filed to the report and recommendation.  The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.  Accordingly, the court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of this court.  It is ORDERED that all claims asserted herein are DISMISSED with prejudice.  Costs are taxed as paid.  The Clerk is directed to close this file.

---

[1] Doc. no. 9.

DONE this 14th day of June, 2012.

_____

United States District Judge